UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-mj-8531-RMM

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

JOSE JIMENEZ-GASPAR,
a/k/a, "Pedro Andres-Raymundo,"

           Defendant.
_____/

FILED BY ___SP___ D.C.
Oct 27, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Miami Office of the United States Attorney's Office prior to July 20, 2008?

    Yes    X **No**

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office (West Palm Beach Office) only prior to December 18, 2011?

    Yes    X **No**

3. Did this matter originate from a matter pending in the Fort Pierce Office of the United States Attorney's Office prior to August 8, 2014?

    Yes    X **No**

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

BY: /s/ John C. McMillan
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY
Admin. No. A5500228
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Office: (561) 820-8711
John.mcmillan@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>JOSE JIMENEZ-GASPAR,<br>a/k/a "Pedro Andres-Raymundo,"<br><br>_Defendant(s)_ | Case No.  23-mj-8531-RMM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/15/2023__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Re-entry After Deportation |

This criminal complaint is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Andy Korzen, Deportation Officer, HSI
_Printed name and title_

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim P. 4.1 by telephone (Facetime).

Date:  10/27/23

_____
_Judge's signature_

City and state:  West Palm Beach, Florida         Hon. Ryon M. McCabe, U.S. Magistrate Judge
_Printed name and title_

**AFFIDAVIT
OF
ANDY KORZEN
UNITED STATES DEPARTMENT OF HOMELAND SECURITY
<u>IMMIGRATION AND CUSTOMS ENFORCEMENT</u>
Case No. 23-mj-8531-RMM**

I, Andy Korzen, being duly sworn, depose and state as follows:

1.     I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty years. I am currently assigned to the HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2.     This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Jose JIMENEZ-GASPAR, also known as Pedro ANDRES-RAYMUNDO committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3.     On or about October 15, 2023, Jose JIMENEZ-GASPAR was arrested in Palm Beach County, Florida for the offenses of driving under the influence, and outstanding warrant for violation of probation. He was booked and detained at the Palm Beach County Jail.

4.     A review of the immigration records shows that Jose JIMENEZ-GASPAR is a native and citizen of Guatemala. Records further show that on or about November 26, 2019, Jose JIMENEZ-GASPAR was ordered removed. The Order of Removal was

executed on or about December 3, 2019, whereby Jose JIMENEZ-GASPAR was removed from the United States and returned to Guatemala.

5. Thereafter, Jose JIMENEZ-GASPAR re-entered the United States illegally, and was expelled from the United States and returned to Mexico under provision of Title 42, United States Code, Section 265, on three separate occasions, on or about following dates: August 31, 2020, September 9, 2020, and December 19, 2020.

6. U.S. Department of Homeland Security, HSI Forensic Laboratory Senior Fingerprint Specialist Thomas L. Liszkiewicz conducted a fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on or about October 15, 2023, that is, Jose JIMENEZ-GASPAR was the same person previously removed from the United States.

7. A record check was performed in the Computer Linked Application Informational Management System to determine if Jose JIMENEZ-GASPAR filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Jose JIMENEZ-GASPAR obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

8. Based on the foregoing, I submit that probable cause exists to believe that, on or about October 15, 2023, Jose JIMENEZ-GASPAR, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary

2

of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this 27 day of October 2023.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: Jose JIMENEZ-GASPAR, a/k/a "Pedro Andres-Raymundo"

**Case No**: 23-mj-8531-RMM

**Count # 1**
**Reentry After Deportation**
**Title 8, United States Code, Section 1326(a)**
* **Max. Term of Imprisonment:** 2 years
* **Mandatory Min. Term of Imprisonment (if applicable):** not applicable
* **Max. Supervised Release:** 1 year
* **Max. Fine:** $250,000.00
* **Special Assessment**: $100.00
* **Immigration Consequences of removal (deportation) if convicted**